IN RE VALUATION AND EQUALIZATION OF REAL PROPERTY IN THE STATE OF NEBRASKA FOR 1966.
JULIUS NOVAK, A RESIDENT AND TAXPAYER OF DOUGLAS COUNTY, NEBRASKA, ET AL., APPELLANTS, V. STATE BOARD OF EQUALIZATION AND ASSESSMENT OF THE STATE OF NEBRASKA, APPELLEE.
150 N. W. 2d 898

Filed May 19, 1967. No. 36448.

Beber, Richards & Polack, Steven J. Riekes, and Michael G. Brady, for appellants.

Clarence A. H. Meyer, Attorney General, and Homer G. Hamilton, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ., and WHITE, District Judge.

SPENCER, J.

This is an appeal by Julius Novak, a resident and taxpayer of Douglas County, and Ben Realty Company, from an order of the State Board of Equalization and Assessment increasing the valuation of industrial and commercial property within incorporated municipalities in Douglas County 24 percent.

This appeal involves the same issue decided today in Brandeis Investment Co. v. State Board of Equalization & Assessment, *post* p. 750, 150 N. W. 2d 893, and is controlled by that opinion. For the reasons enunciated therein, the order of the State Board of Equalization and Assessment is reversed as to these appellants.

REVERSED.